UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VILLAPUDA VILLA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT H. TRIMBLE, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | No. C 12-1176 SI (pr)<br><br>**ORDER DENYING MOTION TO RELATE CASES** |

Respondent's administrative motion to consider whether cases should be related is DENIED. (Docket # 3.) There is an absence of any overlap between the claims asserted by the petitioner in this action and the claims asserted by the petitioner in *Ortiz v. Trimble*, No. C 12-1286 LHK. It thus does not "appear[] likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N. D. Cal. Local Rule 3-12(a). The cases will not be related.

IT IS SO ORDERED.

DATED: June 28, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge